UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES SOLIDAY,

    Plaintiff,                                                      CASE NO.:  2:09-cv-807-FtM-29DNF

vs.

7-ELEVEN, INC.

    Defendant.
_____/

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

COMES NOW Defendant 7-Eleven, Inc., by and through undersigned counsel, and moves this Court for an extension of time to respond to Plaintiff's First Set of Interrogatories and First Request for Production of Documents.  In support, Defendant states:

### BACKGROUND

1.    Plaintiff has served Defendant with Requests for Admissions, Interrogatories and Requests for Production of Documents.

2.    Defendant timely served its Responses and Objections to Plaintiff's First Request for Admissions on February 5, 2010.

3.    Defendant previously requested, and Plaintiff agreed to, an extension of time until February 12, 2010, for Defendant to respond and object to Plaintiff's Interrogatories and Requests for Production.  Due to the snow storms over the past week in the Washington, D.C., area, counsel for Defendant has been unable to complete these discovery responses and objections in order to serve them by the agreed deadline.

4.	The undersigned counsel attempted to contact Plaintiff's counsel prior to the deadline today by email and telephone to request an additional extension of time, but was unable to reach opposing counsel.[1]

## MEMORANDUM BRIEF

The Court has the authority to grant Defendant an extension of time within which to respond and object to Plaintiff's Interrogatories and Requests for Production. Fed. R. Civ. Pro. 33(b)(2), 34(b)(2). The instant motion was filed within the previously agreed time frame for compliance. An extension of an additional week until February 19, 2010, within which to respond and object to Plaintiff's Interrogatories and Requests for Production will not prejudice Plaintiff as there are no depositions or proceedings currently scheduled in this case.

## RULE 3.01 (g) CERTIFICATE

The undersigned counsel hereby certifies to this Court that he has attempted to confer with opposing counsel pursuant to Local Rule 3.01(g) of the United States District Court for the Middle District of Florida. Counsel sent an email to opposing counsel this morning and placed a telephone call to opposing counsel this afternoon but was unable to reach Plaintiff's counsel to discuss this Motion. As provided in the Local Rules, undersigned counsel will again attempt to confer with opposing counsel at the next possible opportunity.

WHEREFORE, Defendant respectfully requests this Honorable Court enter an Order extending the time for Defendant to respond and object to Plaintiff's First Set of Interrogatories and First Request for Production of Documents up to and including Friday February 19, 2010.

---

[1]	By email and in a voicemail, undersigned counsel requested an extension until Tuesday February 16, 2010. Due to the need to file a motion to seek the instant extension, and due to out-of-state travel on Monday February 15, 2010, counsel requests in this motion a full one-week extension until February 19, 2010.

DATED this 12th day of February 2010.

        Respectfully submitted,

        WELTER LAW FIRM, P.C.
        Attorneys for Defendant
        720 Lynn Street, Suite B
        Herndon, Virginia 20170
        Phone No. (703) 435-8500
        Fax No. (703) 435-8851
        E-mail:  eaw@welterlaw.com


        By:    /s/ Eric A. Welter
              Eric A. Welter
              Virginia Bar No. 38193 (*Pro Hac Vice*)

            - and -

        John F. Potanovic
        HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
        1715 Monroe Street
        P.O. Box 280
        Fort Myers, Florida 33902-0280
        Phone No. (239) 344-1118
        Fax No. (239) 344-1590
        E-mail:  john.potanovic@henlaw.com
        Florida Bar No. 773360

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 12, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Darrin M. Phillips, Darrin M. Phillips, P.A., 350 Fifth Avenue South, Suite 200, Naples, Florida 34102, Drod3030@aol.com.

        WELTER LAW FIRM, P.C.
        Attorneys for Defendant
        720 Lynn Street, Suite B
        Herndon, Virginia 20170
        Phone No. (703) 435-8500
        Fax No. (703) 435-8851
        E-mail: eaw@welterlaw.com

By:   /s/ Eric A. Welter
        Eric A. Welter
        Virginia Bar No. 38193 (*Pro Hac Vice*)