UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES SOLIDAY,,

    Plaintiff,

-vs-                                                          Case No. 2:09-cv-807-FtM-29SPC

7-ELEVEN, INC.,,

    Defendant.
_____/

## ORDER

This matter comes before the Court on the Motion for Extension of Time to Respond to Discovery (Doc. #20) filed on February 12, 2010. The Defendant moves the Court for an extension of time to respond to the Plaintiff's First Set of Interrogatories and Request for Production of Documents. As grounds, Counsel indicates an extension of time is necessary to complete the responses and objections.

District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001). Pursuant to Local Rule 3.01(g), Counsel attempted to contact opposing Counsel to ascertain whether an objection exists, but was unable to make contact. The Court, having considered the motion, finds good cause and will grant the extension of time.

Accordingly, it is now

**ORDERED:**

The Motion for Extension of Time to Respond to Discovery (Doc. #20) is **GRANTED**. The Plaintiff shall have up to and including **FEBRUARY 19, 2010** to file the Plaintiff's First Set of Interrogatories and First Request for Production of Documents.

**DONE AND ORDERED** at Fort Myers, Florida, this __18th__ day of February, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record