UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES SOLIDAY,,

    Plaintiff,

-vs-                              Case No. 2:09-cv-807-FtM-29SPC

7-ELEVEN, INC.,,

    Defendant.
_____/

**ORDER**

This matter comes before the Court on the Plaintiff, James Soliday and the Defendant 7-Eleven, Inc.'s Joint Motion to Extend Expert Witness Report Disclosure Deadlines (Doc. #23) filed on June 24, 2010. District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001).

The Parties move to enlarge the expert witness disclosure deadline by forty-five (45) days. As grounds, the Parties believe they can conserve the financial resources necessary for expert witnesses while they explore settlement possibilities. While the Court encourages the parties to explore every avenue available to settle the case without undue expense, the Court also has a duty to keep the case on track. Thus, the Court will allow a brief extension but finds the requested forty-five (45) days to be excessive.

Accordingly, it is now

**ORDERED:**

The Plaintiff, James Soliday and the Defendant 7-Eleven, Inc.'s Joint Motion to Extend Expert Witness Report Disclosure Deadlines (Doc. #23) is **GRANTED to the** extent that the Parties will be given a **thirty (30)day extension** of time to file their respective expert reports.

(1) The Plaintiff shall have up to and including **July 30, 2010**, to file their expert reports.

(2) The Defendant shall have up to and including **August 30, 2010**, to file their expert reports

**DONE AND ORDERED** at Fort Myers, Florida, this ___6th___ day of July, 2010.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record