UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES SOLIDAY,

    Plaintiff,

-vs-                                                      Case No. 2:09-cv-807-FtM-29SPC

7-ELEVEN, INC.,

    Defendant.
_____/

## ORDER

This matter comes before the Court on the Plaintiff, James Soliday and the Defendant 7-Eleven, Inc.'s Joint Motion to Extend the Mediation Deadline (Doc. #24) filed on June 30, 2010. District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001).

The Parties move to enlarge the mediation deadline up to July 7, 2010. As grounds, the Parties state they previously mediated on June 23, 2010, but were unable to resolve all of the issues; however, they agreed to continue the discussions. Finding good cause, the Court will grant the Motion.

Accordingly, it is now

**ORDERED:**

The Plaintiff, James Soliday and the Defendant 7-Eleven, Inc.'s Joint Motion to Extend the Mediation Deadline (Doc. #24) is **GRANTED**. The Mediation Deadline is enlarged up to and

including **July 7, 2010.**

**DONE AND ORDERED** at Fort Myers, Florida, this __6th__ day of July, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record