UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES SOLIDAY,

    Plaintiff,

-vs-        Case No. 2:09-cv-807-FtM-29SPC

7-ELEVEN, INC.,

    Defendant.
_____/

## ORDER

This matter comes before the Court on Defendant 7-Eleven, Inc.'s Motion for Extension of Time to Respond to Discovery (Doc. #29) filed on July 16, 2010. Defendant requests a short extension of time to respond to Plaintiff's Fourth Request for Production of Documents. As grounds, Defendant states that the Request contains 74 requests for production of documents and an attorney for Defendant is scheduled to travel to 7-Eleven stores on July 19-20 to search for documents that may be responsive to a number of these requests. Thus, for good cause shown the Motion is due to be granted. Accordingly, it is now

**ORDERED:**

Defendant 7-Eleven, Inc.'s Motion for Extension of Time to Respond to Discovery (Doc. #29) is **GRANTED**. Defendant shall have up to and including **July 30, 2010** to respond and object to Plaintiff's Fourth Request for Production of Documents.

**DONE AND ORDERED** at Fort Myers, Florida, this ___20th___ day of July, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record