```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION

JAMES SOLIDAY,

                   Plaintiff,

vs.                                  Case No.  2:09-cv-807-FtM-29SPC

7-ELEVEN, INC.,

                   Defendant.
_____
```

## OPINION AND ORDER

This matter comes before the Court on Defendant 7-Eleven, Inc.'s Motion in Limine #2: Motion to Strike Plaintiff's Claims for Compensatory and Punitive Damages on ADA Disparate Impact Claim and Have the Court Decide Plaintiff's ADA Disparate Impact Claim (Doc. #90) filed on April 11, 2011. Plaintiff's responsive Memorandum of Law (Doc. #117) was filed on April 22, 2011.

Plaintiff concedes that he is not entitled to compensatory or punitive damages for his ADA disparate impact claim in Count III. Only equitable remedies under 42 U.S.C. § 2000e-5 may be awarded, and the Court finds that in such a circumstance plaintiff has no statutory or constitutional right to a jury trial. <u>Alvarado v. Cajun Operating Co.</u>, 588 F.3d 1261, 1269-70 (9th Cir. 2009); <u>Kramer v. Bank of Am. Secs., LLC</u>, 355 F.3d 961, 966 (7th Cir. 2004).

Accordingly, it is now

**ORDERED**:

Defendant 7-Eleven, Inc.'s Motion in Limine #2: Motion to Strike Plaintiff's Claims for Compensatory and Punitive Damages on ADA Disparate Impact Claim and Have the Court Decide Plaintiff's ADA Disparate Impact Claim (Doc. #90) is **GRANTED**. The claim for compensatory and punitive damages as to Count III of the Amended Complaint is stricken, and plaintiff's demand for a jury trial as to Count III is denied.

**DONE AND ORDERED** at Fort Myers, Florida, this __13th__ day of June, 2011.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of record